## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                          ORDER
                                                            Crim. No. 09-134(02)

Karina Sanchez Gonzalez,

      Defendant.

_____

This matter is before the Court on the Defendant's *pro se* motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The Defendant seeks a sentence reduction based on Amendment 782 to the Sentencing Guidelines which lowered the drug quantity base offense levels applicable to certain drug offenses.  The Defendant is not eligible for a sentence reduction, however, as she was sentenced to the ten year mandatory minimum sentence required under 21 U.S.C. § 841(b)(1)(A) and Amendment 782 did not alter the applicable guideline range for cases involving a statutory minimum sentence.

IT IS HEREBY ORDERED that Defendant's Motion for Sentence Reduction [Doc. No. 158] is DENIED.

Date:  June 24, 2015      s/ Michael J. Davis_____
                                 Chief Judge Michael J. Davis
                                 United States District Court